UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CARLOS GILBERT LAW,

          Plaintiff,

  v.

DEPUTY SILVA, et. al.,

          Defendants.
_____/

No. C 15-0955 NJV (PR)

**ORDER DISMISSING CASE**

This is a civil rights case brought pro se by a detainee. The court granted defendant's motion to dismiss and revoked plaintiff's in forma pauperis status. Plaintiff was ordered to pay the full filing fee within twenty-eight days or the case would be dismissed. (Doc. 13.) Plaintiff has not paid the filing fee, therefore this action is **DISMISSED**. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: January 21, 2016.

NANDOR J. VADAS
United States Magistrate Judge